

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-16-00430-CV

**IN RE REGENCY FIELD SERVICES, LLC**, Regency Energy Partners LP, Regency GP LP, and Regency GP LLC

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Karen Angelini, Justice
              Rebeca C. Martinez, Justice
              Luz Elena D. Chapa, Justice

Delivered and Filed: July 13, 2016

PETITION FOR WRIT OF MANDAMUS DENIED

On July 1, 2016, Relators filed a petition for writ of mandamus. The court has considered Relators' petition for writ of mandamus and is of the opinion that Relators are not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. M-14-0029-CV-C, styled *Leo O. Quintanilla, Hector Quintanilla, Paloma Cattle Company, Ltd., LHQ Management, LLC, and Escondido Hunting, Inc., Plaintiffs, John B. Dickinson, R. Ross Dickinson, Doris A. Dickinson, Jeffrey L. Dickinson, and Jill E. Rader, Intervenors, Swift Energy Operating, LLC, Intervenor, v. Regency Field Services, LLC, Regency Energy Partners, LP, Regency GP LP, and Regency GP LLC*, pending in the 343rd Judicial District Court, McMullen County, Texas, the Honorable Janna K. Whatley presiding.